**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                           Case No.: 1:20−cr−00111
                                           Honorable Virginia M. Kendall

Justin Hines, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 17, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall as to Justin Hines, Keith D Benson, Todd Blanken, Nicholas Stella, Casey Urlacher and Vasilios Prassas. Teleconference Status hearing held on 12/17/2020. Defendants presence waived. The Government reports that Parties continue to work on resolution of case before proceeding to trial as to the remaining Defendants. Teleconference Status hearing set for 2/11/2021 at 9:30 AM. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=40444321 70&mac=2413900; to take you to Judge Kendall's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877)848−7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called. Please also remember to SAY YOUR NAME EACH AND EVERY TIME BEFORE YOU SPEAK. The Court is also asking that speaker phone not be used. Please consider the sound quality when utilizing certain devices. If Parties have issues being heard or hearing, please log off and either call in or log back in. Appearances for Defendants are waived. By agreement of parties and pursuant to Title 18, Section 3161 (h)(7)(B)(iv) time is hereby excluded to 2/11/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.